IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. |
| DERICHEBOURG RECYCLING USA, INC. | ) |
| Defendant. | ) |

**NOTICE OF LODGING OF**
**PROPOSED CONSENT DECREE**

Plaintiff United States has lodged with the Clerk of the Court a proposed settlement for this matter, in the form of a Consent Decree (Attachment A hereto).  The proposed Consent Decree would, if entered by the Court, resolve the claims brought by the United States on behalf of the U.S. Environmental Protection Agency ("the United States") against Derichebourg Recycling USA, Inc.

Pursuant to United States Department of Justice policy, before seeking entry of the Decree, the United States must publish a notice of the Consent Decree in the Federal Register upon lodging it with the Court and must allow 30 days for public comment on the Decree. Publication of notice of the proposed settlement is being arranged.  The public will be given at least 30 days within which to submit any comment on the proposed Decree.  After the close of the comment period, the United States will evaluate any comments received, determine whether any comments disclose facts or considerations which indicate that the proposed Consent Decree is inappropriate, inadequate, or improper, and then advise the Court whether the proposed

Consent Decree should be entered. The Consent Decree provisions regarding this procedure are set forth in Paragraph 92 of the Consent Decree.

**Accordingly, the United States respectfully requests that the Court not sign and enter the Consent Decree until such time as the United States files a motion for entry of the Decree**.

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

January 7, 2022

*s/ Nicole Veilleux*
NICOLE VEILLEUX
Senior Counsel
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
Washington, DC 20044-7611
Phone: (202) 532-3348
Email: nicole.veilleux@usdoj.gov

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

*s/ Daniel Hu*
DANIEL HU
Assistant United States Attorney
Texas Bar No. 10131415
S.D. Tex. ID: 7959
1000 Louisiana St., Suite 2300
Houston, TX 77002
Telephone: (713) 567-9000

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2022, I electronically filed the COMPLAINT and NOTICE OF LODGING OF PROPOSED CONSENT DECREE using the ECF System for filing.

I hereby further certify that on this same date I caused to be served the COMPLAINT and NOTICE OF LODGING OF PROPOSED CONSENT DECREE by U.S. first class mail on the following attorney, who is not a registered participant of the ECF System, at the following address:

Suzanne Wilson
King & Spalding LLP
500 West 2nd Street
Suite 1800
Austin, Texas 78701

            *s/ Nicole Veilleux*
            Nicole Veilleux